## MAYNARD v. STATE.
### No. 25749.

Court of Criminal Appeals of Texas.
March 12, 1952.

No attorney on appeal, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Appellant waived trial by jury and entered his plea of guilty to a charge of violation of the liquor law. He was found guilty by the court and his penalty assessed at a fine of $150.

The record before us contains no statement of facts or bill of exceptions. All proceedings appear regular and nothing is presented for the consideration of this court.

The judgment is affirmed.

## MAYNARD v. STATE.
### No. 25750.

Court of Criminal Appeals of Texas.
March 12, 1952.

No attorney on appeal, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

GRAVES, Presiding Judge.

The conviction is for unlawfully selling whisky in a dry area. The penalty assessed is a fine of $200.

Appellant entered a plea of guilty to the offense charged and waived a jury upon the trial.

The record is before us without a statement of facts and bills of exception, in the absence of which no question is presented for review.

The judgment is affirmed.